# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVID,<br>           **Plaintiff,**<br>    v.<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT, et al,<br>           **Defendants.** | NO. CV 17-2396-AB (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Complaint is DISMISSED; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED:   November 22, 2017             _____
                                                                               ANDRÉ BIROTTE JR
                                                        UNITED STATES DISTRICT JUDGE