# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVID, | NO. CV 17-2396-AB (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 22, 2017

_____
ANDRÉ BIROTTE JR
UNITED STATES DISTRICT JUDGE